Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
Email: mhardison@evw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KIA MOTORS CORPORATION,
KIA MOTORS AMERICA INC., and
HYUNDAI MARINE & FIRE
INSURANCE CO., LTD.                           07 Civ. 11063 (GBD)
                                              ECF CASE
                    Plaintiffs,

        -against-
                                              **RULE 7.1 STATEMENT**

ENGAGED FUTURE and
EUKOR CAR CARRIERS INC.

                    Defendants.
------------------------------------------------------------x

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

**NONE**

Dated: New York, New York
      December 6, 2007

                                EATON & VAN WINKLE LLP

                    By:    /s/ Michael O. Hardison
                              Michael O. Hardison

                            3 Park Avenue
                            New York, New York 10016-2078
                            (212) 779-9910

                            Attorneys for Plaintiffs