Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
Email: mhardison@evw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KIA MOTORS CORPORATION,
KIA MOTORS AMERICA INC., and
HYUNDAI MARINE & FIRE
INSURANCE CO., LTD.

     Plaintiffs,

 -against-

ENGAGED FUTURE and
EUKOR CAR CARRIERS INC.

     Defendants.
-----------------------------------------------------------x

JUDGE DANIELS

07 CV 11063

**ORDER FOR ISSUANCE OF PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT**

Upon reading the Verified Complaint for the issuance of Process of Maritime Attachment and Garnishment, together with the attached Declaration of Michael O. Hardison, Esq., and the Court finding that the conditions set forth in Supplemental Admiralty Rule B appear to exist, it is this ___6___ day of December 2007, by the United States District Court for the Southern District of New York,

ORDERED that the Clerk shall issue Process of Maritime Attachment and Garnishment in the amount of $419,062.80 as prayed for in the Complaint; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be served with the said Process of Maritime Attachment and Garnishment; and it is further

ORDERED that, pursuant to the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, the said Process of Maritime Attachment and Garnishment may be served by any person, who is at least 18 years old, and who is not a party to this action; and it is further

ORDERED that, following initial service by the United States Marshal or other designated person upon the garnishee, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of telefax transmission or other verifiable electronic means, including email, to each garnishee so personally served and such subsequent service by telefax or email, if transmitted from within this District, shall be deemed to have been made within this District; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: New York, New York
      December ___, 2007

DEC 0 6 2007

_George B. Daniels_
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
      DEPUTY CLERK