Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910
Email: mhardison@evw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KIA MOTORS CORPORATION,
KIA MOTORS AMERICA INC., and
HYUNDAI MARINE & FIRE
INSURANCE CO., LTD.

                Plaintiffs,

    -against-

ENGAGED FUTURE and
EUKOR CAR CARRIERS INC.

                Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07

JUDGE DANIELS

07 CV 11063

MICROFILMED
DEC -7 2007 -3:00 PM

**ORDER APPOINTING
A PERSON TO SERVE
<u>PROCESS</u>**

      An application having been made by Plaintiffs for an Order Appointing A Person To Serve Process pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and the provisions of Rule B(1)(d)(ii) of the Supplemental Rules For Certain Admiralty And Maritime Claims,

      NOW, on reading and filing the Declaration of Michael O. Hardison, Esq., dated December 6, 2007 and good cause having been shown, it is hereby

      ORDERED, that Michael O. Hardison, Esq., or any other partner, associate, paralegal or agent of Eaton & Van Winkle LLP be and hereby is appointed, in addition to the United

States Marshall, to serve the Process of Maritime Attachment and Garnishment, Order for Issuance of Process of Maritime Attachment and Garnishment, and Verified Complaint upon garnishees listed in the Process, together with any other garnishees who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of Defendants Engaged Future and Eukor Car Carriers Inc.

Dated:  New York, New York
       December ____ , 2007

DEC 0 6 2007

                                            _____
                                            George B. Daniels
                                            U.S.D.J.