GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANFVARI !
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD▲
MICHAEL C. ELLIOTT*
JAN P GISHOLT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

January 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2008

Total No. Pages: 2

Our Ref: 633-07/MEU

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
JAN 0 7 2008

**VIA FACSIMILE (212) 805-6737 (w/o enclosures)**
**BY HAND (with enclosures)**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:   Kia Motors Corporation, Kia Motors America Inc., and Hyundai Marine & Fire Insurance Co. Ltd. v. Engaged Future and Eukor Car Carriers Inc.
07 CIV 11063 (GBD)

Dear Judge Daniels:

We confirm our telephone conversation this morning with your Chambers in which the following revised motion briefing schedule has been set in connection with Defendant Eukor's motion to compel plaintiffs to accept substitute security in the form of a Letter of Undertaking issued by Eukor's P&I Club. The moving papers, previously served by e-mail on December 21, 2007 which plaintiff's counsel states were not received, will be reserved today by hand. Courtesy copies are attached. Opposition papers will be served by January 11, 2008 and reply papers by January 16, 2008. The hearing has been rescheduled for January 17, 2008 at 10:30 am.

NYDOCS1/296402.1

    We thank the Court for its courtesy and consideration and look forward to addressing these matters at the hearing.

                                          Respectfully,
                                          FREEHILL HOGAN & MAHAR LLP

MEU/mc                                   Michael E. Unger

cc:     **VIA FACSIMILE (212) 779-9928 (w/o enclosures)**
       **BY HAND (with enclosures)**
       EATON & VAN WINKLE LLP
       Attorneys for Plaintiff
       3 Park Avenue
       New York, NY 10016-2078
       Attn: Michael O. Hardison, Esq.