GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*
JAN P GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 356-8377

January 28, 2008

Total No. Pages: 3

Our Ref: 633-07/MEU

VIA FACSIMILE (212) 805-6737

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED**
The conference is scheduled for March 18, 2008 at 9:30 a.m.

*/s/ George B. Daniels* JAN 29 2008
HON. GEORGE B. DANIELS

Re: Kia Motors Corporation, Kia Motors America Inc., and Hyundai Marine & Fire Insurance Co. Ltd. v. Engaged Future and Eukor Car Carriers Inc.
07 CIV 11063 (GBD)

Dear Judge Daniels:

We represent defendant Eukor Car Carriers in this matter. We refer to your Honor's notice of an Initial Pretrial Conference dated December 11, 2007, copy attached, setting a conference for "Wednesday, March 18, 3008 at 9:30 a.m." We note that March 18th is a Tuesday. We respectfully request that you clarify whether the conference is on Tuesday, March 18th or Wednesday, March 19th.

Respectfully,
FREEHILL HOGAN & MAHAR LLP

William T. Juska, Jr.

NYDOCS1/297990.1

cc: **VIA FACSIMILE (212) 779-9928**

EATON & VAN WINKLE LLP
Attorneys for Plaintiff
3 Park Avenue
New York, NY 10016-2078
Attn: Michael O. Hardison, Esq.

NYDOCS1/297990.1

FREEHILL HOGAN & MAHAR LLP