STATE OF NEW YORK )
                  ss.
COUNTY OF NEW YORK)

      I, JOAN SORRENTINO, being sworn, say; I am not a party to the action, am over 18 years of age and have a place of business and office at 80 Pine Street, New York, New York 10005. On March 14, 2008 I served **by hand** EUKOR CAR CARRIERS, INC.'S NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS AND DECLARATION OF JAY H. MOON to:

    Eaton & Van Winkle LLP
    Attorneys for Plaintiffs
    3 Park Avenue
    New York, NY 10016-2078
    Attn: Michael O. Hardison, Esq.

                                                            /s/ Joan Sorrentino
                                                            JOAN SORRENTINO

Sworn to before me on
this 14TH Day of March, 2008

_____
Notary Public

              CLARE HENRY
    Notary Public, State of New York
            No. 01HE4831498
        Qualified in Kings County
     Certificate in New York County
   Commission Expires October 31, 2009

NYDOCS1/300694.1