USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KIA MOTORS CORPORATION, KIA
MOTORS AMERICA INC., and HYUNDAI
MARINE & FIRE INSURANCE CO. LTD.,

                Plaintiffs,

-against-

ENGAGED FUTURE and EUKOR CAR
CARRIERS INC.,

                Defendants.
----------------------------------------------------------x

07 CIV 11063 (GBD)

STIPULATION
OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between KIA MOTORS CORPORATION, KIA MOTORS AMERICA INC. and HYUNDAI MARINE & FIRE INSURANCE CO. LTD. (hereinafter "PLAINTIFFS") and EUKOR CAR CARRIERS INC. (hereinafter "EUKOR") as follows:

    1.    That pursuant to Clause 25 of the EUKOR Bill of Lading incorporated in EUKOR Sea WayBill No. EUKOKRUS264567W, and the ruling by Judge Daniels at the hearing held on March 18, 2008, the proper forum for any action brought under the aforementioned Sea Waybill, whether based on breach of contract, tort or otherwise, is the Seoul Civil District Court in Korea.

    2.    That the Letter of Undertaking dated January 15, 2008, a copy attached hereto as Exhibit A, provided to the PLAINTIFFS by the North of England P&I Association Limited, shall stand as valid security for any settlement entered into by the PLAINTIFFS and EUKOR, or for any amount adjudged to be due to the PLAINTIFFS

NYDOCS1/300999.1

Returned to chambers for scanning on 4/14/16
Scanned by chambers on _____

by a final, unappealable judgment of the Seoul Civil District Court in Korea, or any Korean Appellant Court of competent jurisdiction.

WHEREFORE, IT IS FURTHER AGREED AND STIPULATED between PLAINTIFFS and EUKOR that this action against EUKOR is hereby dismissed, without costs to either party, and without prejudice to reinstatement of this action for the purpose of enforcing collection against the Letter of Undertaking dated January 15, 2008 issued to the PLAINTIFFS by North of England P&I Association Limited of any settlement entered into between the PLAINTIFFS and EUKOR or of any final, unappealable judgment of the Seoul Civil District Court in Korea or any Korean Appellate Court of competent jurisdiction.

Dated: New York, New York
       March 31, 2008

                Eaton & Van Winkle LLP
                Attorneys for Plaintiffs
                KIA MOTORS CORPORATION,
                KIA MOTORS AMERICA INC. and
                HYUNDAI MARINE & FIRE INSURANCE CO. LTD.

BY: _____
     Michael O. Hardison, Esq.
     3 Park Avenue
     New York, NY 10016-2078
     Tel: 212-779-9910

     FREEHILL HOGAN & MAHAR, LLP
     Attorneys for Defendant
     EUKOR CAR CARRIERS, INC.

BY: _____
     William L. Juska, Jr.
     80 Pine Street
     New York, New York 10005
     (212) 425-1900

SO ORDERED:
_____
George B. Daniels
U.S.D.J.

NYDOCS1/300999.1            2